BROWN V DEPARTMENT OF TRANSPORTATION, No. 106359. The parties are directed to submit supplemental briefs addressing the following questions: (1) In order for a defect to be within the highway exception to governmental immunity, must the defect pose a hazard to vehicular travel? (2) Did the defect alleged in this case represent a hazard to vehicular travel? (3) Is a vehicular accident required for the highway exception to governmental immunity to apply? (4) Does a vehicle striking a pedestrian constitute a vehicular accident? (5) Should this Court reconsider and adopt the position expressed in the concurring and dissenting opinion of Justice WEAVER in this case, and the dissenting opinion of Justice RILEY in *Pick v Szymczak*, 451 Mich 607, 632-656 (1996), that the highway exception to governmental immunity does not extend to design defects, i.e., defects not within the surface of the improved portion of the highway. Reported at 457 Mich 635.

Appeal dismissed upon stipulation of the parties on March 3, 1999, with prejudice and without costs.

*Rehearing Denied October 28, 1998:*

BIESZCK V AVIS RENT-A-CAR SYSTEM, INC, No. 109992. Reported *ante*, 9.

*Rehearing Denied November 16, 1998:*